UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| EDWARD LEE VASQUEZ | § | |
| | § | C.A.#: |
| VS. | § | |
| | § | |
| WALMART, INC. | § | JURY DEMANDED |

## NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441

TO THE CLERK OF THE ABOVE ENTITLED COURT:

Please take notice that Defendant, Walmart, Inc., hereby removes to the Court the state action described below.

1.      On May 29, 2018, a civil action was commenced, in the County Court at Law Number 4 of Nueces County, Texas, entitled *Edward Lee Vasquez v. Walmart, Inc.*, Cause No. 2018CCV-60966-4. A copy of Plaintiff's Original Petition and Request for Disclosures is attached hereto as Exhibit A.

2.      Service of summons and complaint was made on Defendant, Walmart, Inc., by serving their registered agent, C.T. Corporation System, by personal service on June 20, 2018. Attorneys for Defendant first received a copy of said Petition on June 27, 2018.

3.      Defendant has filed an Original Answer, attached as Exhibit B, a Demand for Jury trial, attached as Exhibit C and a Notice of Filing of Removal to Federal Court, attached as Exhibit D. Defendant has attached all process, pleadings, and orders in the State Court action as required by 28 U.S.C. 1446(a). Defendant has attached a copy of the docket sheet, Exhibit E.

### JURISDICTION AND VENUE

4.      The action is a civil action of which this Court has original jurisdiction under Title 28 U.S.C. § 1332 (Diversity Jurisdiction), and is one which may be removed to this Court pursuant to Title 28 U.S.C. § 1441. There is complete diversity of citizenship amongst the parties. Defendant, Walmart, Inc. is a common name and not a legal entity.

5.     The proper entity who is the possessor and operator of the premises where the alleged incident occurred is Wal-Mart Stores Texas, LLC.  Although not named as a Defendant, Wal-Mart Stores Texas, LLC, upon proper joinder and appearance, is not a Texas citizen.  Wal-Mart Stores Texas, LLC is a limited liability company formed under the laws of Delaware, with its principal place of business in Arkansas.[1]   Plaintiff is a Texas citizen, with his residence in Hidalgo County, Texas.

6.     The amount in controversy exceeds the sum of seventy-five thousand dollars ($75,000.00), exclusive of interest and costs.  Plaintiff has pled that his maximum damages are over $100,000.00 (See Plaintiff's Original Petition, pg. 2.)

7.     Venue is proper in the Southern District of Texas, Corpus Christi Division because this district and division embrace the place in which the action is pending.

Dated:  June 19, 2018.

Respectfully submitted,

DAW & RAY, LLP

/s/  *Willie Ben Daw, III*
Willie Ben Daw, III; TBN: 05594050
Email: wbdaw@dawray.com
James K. Floyd; TBN: 24047626
Email: jfloyd@dawray.com
14100 San Pedro Ave., Suite 302
San Antonio, Texas 78232
(210) 224-3121 Telephone
(210) 224-3188 Facsimile

**ATTORNEYS FOR DEFENDANT**

---

[1] The sole member of Wal-Mart Stores Texas, LLC is Wal-Mart Real Estate Business Trust.  Wal-Mart Real Estate Business Trust is a Delaware statutory trust with its principal place of business in Arkansas. The sole unit holder of Wal-Mart Real Estate Business Trust is Wal-Mart Property Co. which is a wholly owned subsidiary of Wal-Mart Stores East, LP. Wal-Mart Property Co. is a corporation formed under the laws of the State of Delaware with its principal place of business in the State of Arkansas. Wal-Mart Stores East, LP is a Delaware limited partnership, of which WSE Management, LLC is the general partner, and WSE Investment, LLC is the limited partner.  WSE Management, LLC is a Delaware limited liability company, and has its principal place in Bentonville, Arkansas.  WSE Investment, LLC is a Delaware limited liability company, and has its principal place in Bentonville, Arkansas.  The sole member of WSE Management, LLC and WSE Investment, LLC is Wal-Mart Stores East, LLC. (f/k/a Wal-Mart Stores East, Inc.), whose parent company is Wal-Mart Stores, Inc. Wal-Mart Stores East, LLC is a limited liability company formed under the laws of the State of Arkansas, and has its principal place of business in the State of Arkansas. The sole member of Wal-Mart Stores East, LLC is Wal-Mart Stores, Inc.  Walmart Stores, Inc. is a corporation incorporated under the laws of the State of Arkansas, with its principal place of business in Arkansas.

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the above and foregoing instrument has been served upon all known counsel of record by Electronic Service on this 19th day of June, 2018.

Jerry J. Trevino
The Law Office of Jerry J. Trevino, P.C.
3801 South Padre Island Drive
Corpus Christi, Texas 78415
Email: jerryj@jjtlaw.com

/s/  *Willie Ben Daw, III*
Willie Ben Daw, III

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| EDWARD LEE VASQUEZ | § | |
| | § | C.A.#: |
| VS. | § | |
| | § | |
| WALMART, INC. | § | JURY DEMANDED |

## INDEX OF DOCUMENTS FILED WITH REMOVAL ACTION

(A)   Plaintiff's Original Petition and Request for Disclosure

(B)   Defendant's Original Answer

(C)   Defendant's Demand for Jury Trial

(D)   Notice of Filing of Removal to Federal Court

(E)   Docket Sheet

(F)   List of Counsel of Record