United States District Court
Southern District of Texas
**ENTERED**
August 06, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| EDWARD LEE VASQUEZ, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:18-CV-00206 |
| | § | |
| WALMART, INC., | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

Pursuant to the parties' Stipulation of Dismissal (D.E. 5), the Court enters final judgment dismissing this action without prejudice.

ORDERED this 6th day of August, 2018.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE